```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

TERRY KING,                           :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :
                                      :  CIVIL ACTION 16—0154-WS-M
CAROLYN W. COLVIN,                    :
Commissioner of                       :
Social Security,                      :
                                      :
    Defendant.                        :

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Plaintiff's Motion to Dismiss (Doc. 23) be GRANTED.

DONE this 2nd day of November, 2016.

                                            s/WILLIAM H. STEELE
                                            CHIEF UNITED STATES DISTRICT JUDGE