```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                     NORTHERN DIVISION

TERRY KING,                          :
                                     :
     Plaintiff,                      :
                                     :
vs.                                  :
                                     :   CIVIL ACTION 16—0154-WS-M
CAROLYN W. COLVIN,                   :
Commissioner of                      :
Social Security,                     :
                                     :
     Defendant.                      :
```

<u>JUDGMENT</u>

In accordance with the Order entered this date, it is

ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor

of Defendant Carolyn W. Colvin and against Plaintiff Terry King.

DONE this 2nd day of November, 2016.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE